**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>$86,150 IN UNITED STATES CURRENCY,<br><br>　　　　Defendant<br>_____/ | No. 07-4222 MMC<br><br>**ORDER NOTIFYING COUNSEL OF REQUIREMENT TO REGISTER AS ECF USER** |

A review of the file indicates that the following attorney is not registered for electronic service in this e-filing case:

> Deok J. Kim
> Law Offices Of Deok J. Kim
> 257 North First Street, Suite 1
> San Jose CA  95113

In an e-filing case, the Clerk of the Court does not serve counsel by mail with orders e-filed by the Court.  See General Order 45(IX)(D).  Although the Court, as a courtesy, has directed the Clerk to serve counsel by mail with the instant order, no further orders will be served by mail.  If counsel wish to be served with documents filed by the Court, counsel must register pursuant to General Order 45.  Forms and instructions concerning registration can be found on the district court's web site, ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: September 21, 2007

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge