IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br><br>APPROXIMATELY $86,150 IN UNITED STATES CURRENCY,<br><br>      Defendant<br>_____<br><br>MARIA ZUNIGA,<br><br>      Claimant<br>_____/ | No. C-07-4222 MMC<br><br>**ORDER RE CONSENT TO MAGISTRATE JUDGE** |

    Before the Court is the Joint Case Management Statement, filed November 9, 2007 on behalf of plaintiff United States of America and claimant Maria Zuniga. In the Statement, the parties state they are "willing to consent to a magistrate judge being assigned for all purposes if the magistrate judge is located in San Francisco." (See Joint Case Management Statement at 4:20-21.) Such request can be accommodated.

    If the parties wish to avoid having to appear at the November 30, 2007 Case Management Conference, the parties are hereby DIRECTED to file signed consent forms prior to said date.[1] Upon the filing by each party of such form, the Court will reassign the

---

[1] A form is attached hereto. Forms are also available on the District Court's website.

1  matter for all purposes to a magistrate judge located in San Francisco, and will vacate the
2  November 30, 2007 Case Management Conference.
3      **IT IS SO ORDERED.**
4
5  Dated: November 14, 2007

                                              MAXINE M. CHESNEY
6                                                United States District Judge