IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>$86,150 IN UNITED STATES CURRENCY,<br><br>    Defendant<br>_____/ | No. C 07-4222 MMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR TRIAL UPON CONSENT; DIRECTIONS TO CLERK** |

All parties having consented to assignment of the above-titled matter to a United States Magistrate Judge, and further having requested assignment to a magistrate judge in San Francisco, IT IS HEREBY ORDERED that the case is referred to a magistrate judge for all further proceedings and entry of judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.  See 28 U.S.C. § 636(c).

In light of parties' request, the Clerk is hereby DIRECTED to reassign the case to a magistrate judge in San Francisco.

The November 30, 2007 Case Management Conference before the undersigned is VACATED.

**IT IS SO ORDERED.**

Dated: November 27, 2007

_____
MAXINE M. CHESNEY
United States District Judge