UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) | No. C07-4222 BZ |
| v. | ) | **STATUS CONFERENCE ORDER** |
| $86,150 IN U.S. CURRENCY, | ) | |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED THAT:**

1. This matter is referred to a Magistrate Judge for a Settlement Conference to be held in March or April, 2008;

2. Claimant Zuniga shall file an amended claim by **January 15, 2008**; and

3. A further Status Conference is scheduled for **Monday, March 3, 2008, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any party desiring to supplement the Case Management Statement previously filed in this case may do so in writing no later than seven (7) days prior to the Status Conference.

Dated: December 21, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\USA V. $86,150 IN U.S. CURRENCY\STATUS CONFERENCE ORDER.wpd

1