Deok Kim #204152
Law Offices of Deok J. Kim
257 North First Street, Suite 1
San Jose, CA 95113
TEL: (408) 298-6812
FAX: (408) 298-6813

Attorney for Maria Zuniga

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 07-4222 |
| Plaintiff, | [proposed] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR CLAIMANT |
| $86,150 IN UNITED STATES CURRENCY, | |
| Defendant | |
| _____ / | |

IT IS HEREBY ORDERED THAT:

1. The unopposed request for telephonic appearance made by counsel for the claimant, Maria Zuniga be granted.

2. Counsel for Claimant Maria Zuniga may appear telephonically at the Status Conference scheduled for March 3, 2008 at 4:00 p.m. She shall call the court at 1:30 p.m. at 415-522-4093.

Dated: February 28, 2008

: _____
Hon. Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Bernard Zimmerman

U.S. v. $86,150.00; Case Number 07-4222
Proposed Order Granting Request for Telephonic Appearance