1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                 )
12              Plaintiff(s),    )    No. C07-4222 BZ
                                 )
13       v.                      )    **AMENDED ORDER SCHEDULING**
                                 )    **COURT TRIAL AND PRETRIAL**
14  $86,150 IN U.S. CURRENCY,    )    **MATTERS**
                                 )    **(Correcting Date of Pretrial**
15              Defendant(s).    )    **Conference)**
                                 )
16  _____  )

17       Following the Case Management Conference, **IT IS HEREBY**

18  **ORDERED** that the Joint Case Management Statement is adopted,

19  except as expressly modified by this Order.  It is further

20  **ORDERED** that:

21  1.   DATES

22  Trial Date: **Monday, 8/25/2008, 8:30 a.m., 1 - 2 days**

23  Pretrial Conference: **Tuesday, 8/12/2008, 4:00 p.m.**

24  Last Day to Hear Dispositive Motions: **Wednesday, 7/16/2008**

25  Close of Discovery:  **Friday, 6/4/2008**

26  2.   DISCLOSURE AND DISCOVERY

27       The parties are reminded that a failure to voluntarily

28  disclose information pursuant to Federal Rule of Civil

1

1    Procedure 26(a) or to supplement disclosures or discovery

2    responses pursuant to Rule 26(e) may result in exclusionary

3    sanctions.  Thirty days prior to the close of non-expert

4    discovery, lead counsel for each party shall serve and file a

5    certification that all supplementation has been completed.

6         In the event a discovery dispute arises, **lead counsel** for

7    each party shall meet in person or, if counsel are outside the

8    Bay Area, by telephone and make a good faith effort to resolve

9    their dispute.  Exchanging letters or telephone messages about

10   the dispute is insufficient.  The Court does not read

11   subsequent positioning letters; parties shall instead make a

12   contemporaneous record of their meeting using a tape recorder

13   or a court reporter.

14        In the event they cannot resolve their dispute, the

15   parties must participate in a telephone conference with the

16   Court **before** filing any discovery motions or other papers.

17   The party seeking discovery shall request a conference in a

18   letter filed electronically not exceeding two pages (with no

19   attachments) which briefly explains the nature of the action

20   and the issues in dispute.  Other parties shall reply in

21   similar fashion within two days of receiving the letter

22   requesting the conference.  The Court will contact the parties

23   to schedule the conference.

24   3.   MOTIONS

25        Consult Civil Local Rules 7-1 through 7-5 and this

26   Court's standing orders regarding motion practice.  Motions

27   for **summary judgment** shall be accompanied by a statement of

28   the material facts not in dispute supported by citations to

                              2

1   admissible evidence.  The parties shall file a joint statement

2   of undisputed facts where possible.  If the parties are unable

3   to reach complete agreement after meeting and conferring, they

4   shall file a joint statement of the undisputed facts about

5   which they do agree.  Any party may then file a separate

6   statement of the additional facts that the party contends are

7   undisputed.  A party who without substantial justification

8   contends that a fact is in dispute is subject to sanctions.

9   4.   SETTLEMENT

10       This case has referred to the Honorable Maria-Elena James

11  to conduct a settlement conference that is set to go forward

12  on April 3, 2008.  The parties should promptly notify the

13  court whether the case is resolved at the settlement

14  conference.

15   5.   PRETRIAL CONFERENCE

16       Not less than thirty days prior to the date of the

17  pretrial conference, the parties shall meet and take all steps

18  necessary to fulfill the requirements of this Order.

19       Not less than twenty-one days prior to the pretrial

20  conference, the parties shall: (1) serve and file a joint

21  pretrial statement, containing the information listed in

22  **Attachment 1**, and a proposed pretrial order; (2) serve and

23  file trial briefs, Daubert motions, proposed findings of fact

24  and conclusions of law, and statements designating excerpts

25  from discovery that will be offered at trial (specifying the

26  witness and page and line references); (3) exchange exhibits,

27  agree on and number a joint set of exhibits and number

28  separately those exhibits to which the parties cannot agree;

3

1  (4) deliver all marked trial exhibits directly to the

2  courtroom clerk, Ms. Scott; (5) deliver one extra set of all

3  marked exhibits directly to Chambers; and (6) submit all

4  exhibits in three-ring binders.  Each exhibit shall be marked

5  with an exhibit label as contained in **Attachment 2**.  The

6  exhibits shall also be separated with correctly marked side

7  tabs so that they are easy to find.

8       No party shall be permitted to call any witness or offer

9  any exhibit in its case in chief that is not disclosed at

10 pretrial, without leave of Court and for good cause.

11      Lead trial counsel for each party shall meet and confer

12 in an effort to resolve all disputes regarding anticipated

13 testimony, witnesses and exhibits.  All Daubert motions will

14 be heard at the pretrial conference.  Not less than eleven

15 days prior to the pretrial conference, the parties shall serve

16 and file any objections to witnesses or exhibits or to the

17 qualifications of an expert witness.  Daubert motions shall be

18 filed and served not less than twenty-one days prior to the

19 conference.  Oppositions shall be filed and served not less

20 than eleven days prior to the conference.  There shall be no

21 replies.

22      All motions, proposed findings of fact and conclusions of

23 law and trial briefs shall be e-mailed in WordPerfect or Word

24 format to the following address: bzpo@cand.uscourts.gov.

25      At the time of filing the original with the Clerk's

26 Office, two copies of all documents (but only one copy of the

27 exhibits) shall be delivered directly to Chambers (Room 15-

28 6688).  Chambers' copies of all pretrial documents shall be

4

three-hole punched at the side, suitable for insertion into

standard, three-ring binders.

Dated: March 4, 2008

 _____
 Bernard Zimmerman
 United States Magistrate Judge

## EXAMPLE PROPOSED JURY INSTRUCTION
### For Chambers of Magistrate Judge Zimmerman

A proposed jury instruction should contain the following
elements in the following order: (1) the name of the party
submitting the instruction; (2) the title of the instruction;

5

1  (3) the text of the instruction; (4) the authority for the
   instruction; (5) blank boxes for the Court to note whether it
2  gives the instruction, refuses to give it, or gives it as
   modified.  The following proposed instruction contains these
3  elements.

4  _____

5            _____'s Proposed Instruction No. _____.
             (Party)

6

7                              [Title]

8

9  [Text]

10

11

12

13

14

15

16

17

18

19

20  [Authority]

21  _____ GIVEN    _____ REFUSED    _____ GIVEN AS MODIFIED

22

23

24

25

26

27

28

1          **ATTACHMENT 1**

2     The parties shall file a joint pretrial conference
   statement containing the following information:
3
       (1) **The Action.**
4
           (A)   Substance of the Action. A brief
5                description of the substance of
                 claims and defenses which remain
6                to be decided.

7          (B)   Relief Prayed. A detailed
                 statement of each party's
8                position on the relief claimed,
                 particularly itemizing all
9                elements of damages claimed as
                 well as witnesses, documents or
10               other evidentiary material to be
                 presented concerning the amount
11               of those damages.

12     (2) **The Factual Basis of the Action.**

13         (A)   Undisputed Facts. A plain and
                 concise statement of all
14               relevant facts not reasonably
                 disputable, as well as which
15               facts parties will stipulate for
                 incorporation into the trial
16               record without the necessity of
                 supporting testimony or
17               exhibits.

18         (B)   Disputed Factual Issues. A plain
                 and concise statement of all
19               disputed factual issues which
                 remain to be decided.
20
           (C)   Agreed Statement. A statement
21               assessing whether all or part of
                 the action may be presented upon
22               an agreed statement of facts.

23         (D)   Stipulations. A statement of
                 stipulations requested or
24               proposed for pretrial or trial
                 purposes.
25
       (3) **Trial Preparation.**
26
       A brief description of the efforts the parties have made
27 to resolve disputes over anticipated testimony, exhibits and
   witnesses.
28
           (A)   Witnesses to be Called. In lieu

                              7

of FRCP 26(a)(3)(A), a list of all witnesses likely to be called at trial, other than solely for impeachment or rebuttal, together with a brief statement following each name describing the substance of the testimony to be given.

    (B)    Estimate of Trial Time. An estimate of the number of court days needed for the presentation of each party's case, indicating possible reductions in time through proposed stipulations, agreed statements of facts, or expedited means of presenting testimony and exhibits.

    (C)    Use of Discovery Responses. In lieu of FRCP 26(a)(3)(B), cite possible presentation at trial of evidence, other than solely for impeachment or rebuttal, through use of excerpts from depositions, from interrogatory answers, or from responses to requests for admission.  Counsel shall state any objections to use of these materials and that counsel has conferred respecting such objections.

    (D)    Further Discovery or Motions. A statement of all remaining motions, including motions in limine.

  (4)  **Trial Alternatives and Options.**

    (A)    Settlement Discussion. A statement summarizing the status of settlement negotiations and indicating whether further negotiations are likely to be productive.

    (B)    Amendments, Dismissals. A statement of requested or proposed amendments to pleadings or dismissals of parties, claims or defenses.

    (C)    Bifurcation, Separate Trial of Issues. A statement of whether bifurcation or a separate trial

8

1          of specific issues is feasible
           and desired.
2
           (5) **Miscellaneous.**
3
       Any other subjects relevant to the trial of the action,
4   or material to its just, speedy and inexpensive determination.

**ATTACHMENT 2**

1

2 **USDC**                                            **USDC**
Case No. CV07-4998 BZ             Case No. CV07-4998 BZ

3 **JOINT** Exhibit No._____        **JOINT** Exhibit No. _____
Date Entered _____        Date Entered _____

4
Signature _____       Signature _____

5

6 _____

7 **USDC**                                            **USDC**
Case No. CV07-4998 BZ             Case No.  CV07-4998 BZ

8 **JOINT** Exhibit No. _____     **JOINT** Exhibit No. _____
Date Entered _____        Date Entered _____

9
Signature _____       Signature _____

10 _____

11 **USDC**                                            **USDC**
Case No.  CV07-3854 BZ           Case No. CV07-4998 BZ

12 **PLNTF** Exhibit No. _____    **PLNTF** Exhibit No. _____
Date Entered _____        Date Entered _____

13
Signature _____       Signature _____

14

15 _____

16 **USDC**                                            **USDC**
Case No. CV07-4998 BZ             Case No. CV07-4998 BZ

17 **PLNTF** Exhibit No. _____    **PLNTF** Exhibit No. _____
Date Entered _____        Date Entered _____

18
Signature _____       Signature _____

19 _____

20 **USDC**                                            **USDC**
Case No. CV07-4998 BZ             Case No. CV07-4998 BZ

21 **DEFT** Exhibit No. _____     **DEFT** Exhibit No. _____
Date Entered _____        Date Entered _____

22
Signature _____       Signature _____

23

24 _____

25 **USDC**                                            **USDC**
Case No. CV07-4998 BZ             Case No. CV07-4998 BZ

26 **DEFT** Exhibit No. _____     **DEFT** Exhibit No. _____
Date Entered _____        Date Entered _____

27
Signature _____       Signature _____

28