1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:   415.436.6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10
                              UNITED STATES DISTRICT COURT
11
                            NORTHERN DISTRICT OF CALIFORNIA
12
                                   SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,            )
                                        )         No. 07- 4222 BZ
15                     Plaintiff,       )
                                        )
16              v.                      )         JUDGMENT OF FORFEITURE
                                        )
17 APPROXIMATELY $86,150 IN             )
   UNITED STATES CURRENCY,              )
18                                      )
                       Defendant.       )
19                                      )
                                        )
20 MARIA ZUNIGA,                        )
                                        )
21                     Claimant.        )
                                        )
22

23     UPON CONSIDERATION OF the Settlement Agreement between the United States and

24 Claimant Maria Zuniga, the entire record and for good cause shown, it is by the Court on this

25     4th   day of April, 2008,

26     ORDERED, ADJUDGED AND DECREED that $43,075 of defendant $86,150 shall be,

27 and hereby is, FORFEITED to the United States of America pursuant to 21 U.S.C. § 881(a)(6);

28 and it is

1  FURTHER ORDERED that the remaining $ 43,075 of defendant $86,150 shall be
2  returned to Claimant Maria Zuniga as provided for in the Settlement Agreement; and it is
3  FURTHER ORDERED that the case be, and hereby is, DISMISSED.

_____
HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge



Judgment of Forfeiture
No. 07-4222 BZ                              2